**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re:  FALTH, ANDREW R.          §     Case No. 13-02479
        DIAZ, NATASHA E.          §
                                  §
                                  §
                                  §
                    Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/22/2013. The undersigned trustee was appointed on 01/22/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          14,271.42

              Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 113.59 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $          14,157.83 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 09/23/2014 and the deadline for filing governmental claims was 07/21/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,177.14. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,177.14, for a total compensation of $2,177.14[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/25/2016          By: /s/ Michael Desmond
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:**  13-02479

**Case Name:**  FALTH, ANDREW R.
DIAZ, NATASHA E.

**For Period Ending:**  08/25/2016

**Trustee Name:**  (330623) Michael Desmond

**Date Filed (f) or Converted (c):**  01/22/2013 (f)

**§ 341(a) Meeting Date:**  03/19/2013

**Claims Bar Date:**  09/23/2014

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7708 Monroe, (debtors in title to property, subj | 250,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3 | America's Express Money Market | 900.00 | 0.00 | | 0.00 | FA |
| 4 | Chase Bank Accounts, Checking in banks, savings | 900.00 | 0.00 | | 0.00 | FA |
| 5 | Premier Credit Union | 25.00 | 0.00 | | 0.00 | FA |
| 6 | Royal Bank of Caribbean (value listed is approxi | 4,000.00 | 0.00 | | 0.00 | FA |
| 7 | Usual Complement of Household Goods audio, video | 750.00 | 0.00 | | 0.00 | FA |
| 8 | Usual Complement of Men's Clothing | 450.00 | 0.00 | | 0.00 | FA |
| 9 | Complement of Women's Clothing | 450.00 | 0.00 | | 0.00 | FA |
| 10 | Diamond Ring | 500.00 | 500.00 | | 0.00 | FA |
| 11 | misc. jewelry | 50.00 | 50.00 | | 0.00 | FA |
| 12 | Genworth Financial, Life Insurance (term) insura | 0.00 | 0.00 | | 0.00 | FA |
| 13 | American Express IRA | 30,539.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page:  2

**Case No.:**  13-02479

**Case Name:**  FALTH, ANDREW R.
DIAZ, NATASHA E.

**For Period Ending:**  08/25/2016

**Trustee Name:**  (330623) Michael Desmond

**Date Filed (f) or Converted (c):**  01/22/2013 (f)

**§ 341(a) Meeting Date:**  03/19/2013

**Claims Bar Date:**  09/23/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | American Express IRA Give particulars. | 14,607.00 | 0.00 | | 0.00 | FA |
| 15 | American Express Roth IRA | 46,293.00 | 0.00 | | 0.00 | FA |
| 16 | American Express Roth IRA Case 13-02479 Doc 1 De | 43,577.00 | 0.00 | | 0.00 | FA |
| 17 | rights to Spider Solitaire, income generated by | Unknown | 0.00 | | 14,271.42 | FA |
| 18 | 2005 Subaru Outback | 8,000.00 | 3,200.00 | | 0.00 | FA |
| 19 | 2010 Honda Odyssey, title to Sara Falth, debtors | 25,000.00 | 0.00 | | 0.00 | FA |
| **19** | **Assets        Totals**     (Excluding unknown values) | **$426,091.00** | **$3,750.00** | | **$14,271.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee reviewing claims and preparing final report.

**Initial Projected Date Of Final Report (TFR):**        06/30/2015

**Current Projected Date Of Final Report (TFR):**        09/30/2016

Exhibit B
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-02479 | |
| **Case Name:** | FALTH, ANDREW R. | |
| | DIAZ, NATASHA E. | |
| **Taxpayer ID #:** | **-***4706 | |
| **For Period Ending:** | 08/25/2016 | |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2166 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/19/2014 | {17} | Law Offices of Thomas W. Drexler | Proceeds from Sale | 1129-000 | 4,271.42 | | 4,271.42 |
| 06/19/2014 | {17} | Bank of America | Purchase of Rights to MOB CLIX-Cashiers ck remitted by Andrew Falth | 1129-000 | 10,000.00 | | 14,271.42 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,261.42 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.56 | 14,238.86 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.79 | 14,219.07 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.81 | 14,197.26 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.09 | 14,176.17 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.34 | 14,157.83 |

## Form 2

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-02479 | |
| **Case Name:** | FALTH, ANDREW R. | |
| | DIAZ, NATASHA E. | |
| **Taxpayer ID #:** | **-***4706 | |
| **For Period Ending:** | 08/25/2016 | |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2166 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 14,271.42 | 113.59 | $14,157.83 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 14,271.42 | 113.59 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $14,271.42 | $113.59 | |

Exhibit B
Page:  3

## Form 2

## Cash Receipts And Disbursements Record

**Case No.:**           13-02479
**Case Name:**          FALTH, ANDREW R.
                        DIAZ, NATASHA E.
**Taxpayer ID #:**      **-***4706
**For Period Ending:**  08/25/2016

**Trustee Name:**               Michael Desmond (330623)
**Bank Name:**                  Rabobank, N.A.
**Account #:**                  ******2166 Checking Account
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2166 Checking Account | $14,271.42 | $113.59 | $14,157.83 |
| | **$14,271.42** | **$113.59** | **$14,157.83** |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

**Case: 13-02479**                    **ANDREW R. FALTH AND NATASHA E. DIAZ**

Claims Bar Date: 09/23/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Sara Falth<br>3473 Thyme Drive<br>Rockford, IL 61114<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Wells Fargo<br>P.O. Box 5296<br>Carol Stream, IL 60197<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| FEE | Michael K. Desmond<br>10 South La Salle St. 3600<br>Chicago, IL 60603<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>01/22/13 | | $2,177.14<br>$2,177.14 | $0.00 | $2,177.14 |
| | Aspire Dept Of Education Ashford II Building<br>6775 Vista Drive<br>West Des Moines, IA 50266-9305<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Aspire Dept Of Education Ashford II Building<br>6775 Vista Drive<br>West Des Moines, IA 50266-9305<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Bank Of America<br>P.O. Box 982236<br>El Paso, TX 79998<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

Case: 13-02479                                 ANDREW R. FALTH AND NATASHA E. DIAZ

Claims Bar Date: 09/23/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Bank Of America<br>P.O. Box 982236<br>El Paso, TX 79998<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Barclay's Bank Delaware<br>P.O. Box 8801<br>Wilmington, DE 19899<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Barclay's Bank Delaware<br>P.O. Box 8801<br>Wilmington, DE 19899<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Capital One<br>PO Box 71087<br>Charlotte, NC 28272<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Capital One<br>PO Box 71087<br>Charlotte, NC 28272<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Chase<br>PO Box 15153<br>Wilmington, DE 19886<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Chase<br>PO Box 15153<br>Wilmington, DE 19886<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |

## Exhibit C

## Analysis of Claims Register

Case: 13-02479                          ANDREW R. FALTH AND NATASHA E. DIAZ

Claims Bar Date: 09/23/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Chase<br>PO Box 15153<br>Wilmington, DE 19886<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Chase<br>PO Box 15153<br>Wilmington, DE 19886<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Citi American Express C/O United Collection Bureau<br>5630 Southwyck Blvd, Suite 206<br>Toledo, OH 43614<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Citi American Express C/O United Collection Bureau<br>5630 Southwyck Blvd, Suite 206<br>Toledo, OH 43614<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Citi Gold<br>P. O. Box 6500<br>Sioux Falls, SD 57117<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Citi Gold<br>P. O. Box 6500<br>Sioux Falls, SD 57117<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

**Case: 13-02479**                              **ANDREW R. FALTH AND NATASHA E. DIAZ**

Claims Bar Date: 09/23/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Citi Mastercard<br>P.O. Box 6013<br>Sioux Falls, SD 57117<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Citi Mastercard<br>P.O. Box 6013<br>Sioux Falls, SD 57117<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | City Of Chicago Department Of Revenue<br>P.O. Box 88292<br>Chicago, IL 60680-1292<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | City Of Chicago Department Of Revenue<br>P.O. Box 88292<br>Chicago, IL 60680-1292<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | City Of Indianapolis/Marion County Traffic Court<br>8115 E. Washington St<br>Indianapolis, IN 46219<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | City Of Indianapolis/Marion County Traffic Court<br>8115 E. Washington St<br>Indianapolis, IN 46219<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

**Case:** 13-02479                    **ANDREW R. FALTH AND NATASHA E. DIAZ**

Claims Bar Date: 09/23/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Dependon Collection Services P.O. Box 4833 Oak Brook, IL 60522-4833 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/08/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Discover P.O. Box 30943 Salt Lake City, UT 84130 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/22/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Discover P.O. Box 30943 Salt Lake City, UT 84130 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/08/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Elizabeth Diaz 7708 Monroe St Apt 1 Forest Park, IL 60130 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/22/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Elizabeth Diaz 7708 Monroe St Apt 1 Forest Park, IL 60130 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/08/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Jeff Freeman 2852 North Troy St Chicago, IL 60618 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/22/13 | | $0.00 $0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

Case: 13-02479                                    ANDREW R. FALTH AND NATASHA E. DIAZ

Claims Bar Date: 09/23/14

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Jeff Freeman<br>2852 North Troy St<br>Chicago, IL 60618<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Loyola LUMC Patient Payments<br>P.O. Box 3021<br>Milwaukee, WI 53201<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Loyola LUMC Patient Payments<br>P.O. Box 3021<br>Milwaukee, WI 53201<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | North American Partners In Anesthesia<br>P.O. Box 69<br>Glen Head, NY 11545<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | North American Partners In Anesthesia<br>P.O. Box 69<br>Glen Head, NY 11545<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | PCC Community Wellness<br>2010 N Harlem Ave<br>Elmwood Park, IL 60707<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | PCC Community Wellness<br>2010 N Harlem Ave<br>Elmwood Park, IL 60707<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C
## Analysis of Claims Register

Case: 13-02479                                    ANDREW R. FALTH AND NATASHA E. DIAZ

Claims Bar Date: 09/23/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Paypal<br>P. O. Box 8801<br>Wilmington, DE 19899<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Paypal<br>P. O. Box 8801<br>Wilmington, DE 19899<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Pediatric And Orthodontic Dental<br>505 N Ridgeland Ave<br>Oak Park, IL 60302<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Pediatric And Orthodontic Dental<br>505 N Ridgeland Ave<br>Oak Park, IL 60302<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Sara Falth<br>3473 Thyme Dr<br>Rockford, IL 61114<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Sara Falth<br>3473 Thyme Dr<br>Rockford, IL 61114<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |

## Exhibit C

## Analysis of Claims Register

**Case:** 13-02479                    **ANDREW R. FALTH AND NATASHA E. DIAZ**

Claims Bar Date: 09/23/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Sarah Diaz 7708 Monroe St, Apt 2 Forest Park, IL 60130 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/22/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Sarah Diaz 7708 Monroe St, Apt 2 Forest Park, IL 60130 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/08/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Toys R Us C/O GE Capital P.O. Box 965016 Orlando, FL 32896 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/22/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Toys R Us C/O GE Capital P.O. Box 965016 Orlando, FL 32896 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/08/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | UIC Medicine 1801 W. Taylor St, Rm 3C Chicago, IL 60612 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/08/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Village Radiology P.O. Box 470 Oak Park, IL 60303 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/22/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Village Radiology P.O. Box 470 Oak Park, IL 60303 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/08/13 | | $0.00 $0.00 | $0.00 | $0.00 |

## Exhibit C

## Analysis of Claims Register

Case: 13-02479                                    ANDREW R. FALTH AND NATASHA E. DIAZ

Claims Bar Date: 09/23/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | West Suburban Medical Center<br>Dept 4658<br>Carol Stream, IL 60122<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | West Suburban Medical Center<br>3 Erie Court<br>Oak Park, IL 60302-0000<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | West Suburban Medical Center<br>Dept 4658<br>Carol Stream, IL 60122<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | West Suburban Medical Center<br>3 Erie Court<br>Oak Park, IL 60302-0000<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | West Suburban Medical Center<br>Dept 4658<br>Carol Stream, IL 60122<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | West Suburban Medical Center<br>3 Erie Court<br>Oak Park, IL 60302-0000<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/08/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

**Case: 13-02479**                    **ANDREW R. FALTH AND NATASHA E. DIAZ**

Claims Bar Date: 09/23/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | West Suburban Medical Center Dept 4658 Carol Stream, IL 60122 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/08/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | West Suburban Medical Center 3 Erie Court Oak Park, IL 60302-0000 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/08/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| 1 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 06/26/14 | | $3,019.77 $3,019.77 | $0.00 | $3,019.77 |
| 2 | Aspire Resources Inc on behalf of US Dept of Education 6775 Vista Drive West Des Moines, IA 50266 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/08/14 | | $26,062.99 $26,062.99 | $0.00 | $26,062.99 |
| 3 | Capital One, N.A. by American InforSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/21/14 | | $6,369.56 $6,369.56 | $0.00 | $6,369.56 |
| 4 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/14/14 | | $802.16 $802.16 | $0.00 | $802.16 |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Analysis of Claims Register

Case: 13-02479                          **ANDREW R. FALTH AND NATASHA E. DIAZ**

Claims Bar Date: 09/23/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/14/14 | | $3,989.11 $3,989.11 | $0.00 | $3,989.11 |

|  |  |  | **Case Total:** | **$0.00** | **$42,420.73** |
|---|---|---|---|---|---|

UST Form 101-7-TFR (5/1/2011)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-02479
Case Name: ANDREW R. FALTH AND NATASHA E.
Trustee Name: Michael Desmond

**Balance on hand:**   $              14,157.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $              0.00
Remaining balance:   $          14,157.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 2,177.14 | 0.00 | 2,177.14 |

Total to be paid for chapter 7 administrative expenses:   $          2,177.14
Remaining balance:   $         11,980.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $              0.00
Remaining balance:   $         11,980.69

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

UST Form 101-7-TFR(5/1/2011)

Total to be paid for priority claims: $        0.00

Remaining balance: $      11,980.69

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $40,243.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,019.77 | 0.00 | 899.00 |
| 2 | Aspire Resources Inc | 26,062.99 | 0.00 | 7,759.06 |
| 3 | Capital One, N.A. | 6,369.56 | 0.00 | 1,896.25 |
| 4 | Synchrony Bank | 802.16 | 0.00 | 238.81 |
| 5 | Synchrony Bank | 3,989.11 | 0.00 | 1,187.57 |

Total to be paid for timely general unsecured claims: $      11,980.69

Remaining balance: $        0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $        0.00

Remaining balance: $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $        0.00

Remaining balance: $        0.00

**UST Form 101-7-TFR(5/1/2011)**

**UST Form 101-7-TFR(5/1/2011)**