# N THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 13-02479 |
| | ) | |
| ANDREW R. FALTH | ) | Chapter 7 |
| NATASHA E. DIAZ, | ) | |
| | ) | Honorable Pamela S. Hollis |
| Debtors. | ) | |

## PROOF OF SERVICE

**TO:**  See attached Service List.

I, MICHAEL K. DESMOND, state that the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was served upon the parties of the Manual Notice List on the attached Service List by depositing a copy of same in the U.S. Mail at 10 S. LaSalle Street, Chicago, IL 60603 on September 27, 2016 before the hour of 5:00 p.m., proper postage prepaid.

Date: September 27, 2016            MICHAEL K. DESMOND, not individually but solely in his capacity as chapter 7 trustee for the bankruptcy estate of ANDREW R. FALTH and NATASH E. DIAZ,

                                    By:    *Michael K. Desmond*
                                            Ch. 7 Trustee

Michael K. Desmond (IL ARDC #6208809)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-5287
Fax: (312) 251-4610

**SERVICE LIST**

# Mailing Information for Case 13-02479

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael K Desmond**  mkd.trustee@fslegal.com, IL23@ecfcbis.com
- **Thomas W Drexler**  td@drexlaw.com, drexler321@gmail.com
- **Patrick S Layng**  USTPRegion11.ES.ECF@usdoj.gov

**Manual Notice List**

| | |
|---|---|
| Thomas W Drexler<br>Law Office of Thomas W Drexler<br>221 N. LaSalle Street<br>Suite 1600<br>Chicago, IL 60601<br>*Debtor's Counsel* | Andrew R Falth<br>Natasha E. Diaz<br>7708 Monroe Street #1<br>Forest Park, IL 60130<br>*(Debtors)* |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br>*Creditor – Claim #1* | Aspire Resources Inc.<br>On behalf of US Dept. of Education<br>6775 Vista Dr.<br>West Des Moines, IA 50266<br>*Creditor – Claim #2* |
| Capital One, NA<br>By American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>*Creditor – Claim #3* | Synchrony Bank<br>c//o Recovery Mgmt. Systems Corp.<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131-1605<br>*Creditor – Claim #4* |
| Synchrony Bank<br>c/o Recovery Mgmt. Systems Corp.<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131-1605<br>*Creditor – Claim #5* | |