**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: FALTH, ANDREW R.　　　　　§　　Case No. 13-02479
　　　　DIAZ, NATASHA E.　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　Michael Desmond, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $426,091.00 | Assets Exempt: | $177,341.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $11,980.69 | Claims Discharged Without Payment: | $315,090.22 |
| Total Expenses of Administration: | $2,290.73 | | |

　　　　3) Total gross receipts of $14,271.42 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $14,271.42 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $283,474.20 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,290.73 | $2,290.73 | $2,290.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $286,827.32 | $40,243.59 | $40,243.59 | $11,980.69 |
| **TOTAL DISBURSEMENTS** | $570,301.52 | $42,534.32 | $42,534.32 | $14,271.42 |

4) This case was originally filed under chapter 7 on 01/22/2013.  The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   03/06/2017          By: /s/ Michael  Desmond
                                   Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| rights to Spider Solitaire, income generated by | 1129-000 | $14,271.42 |
| **TOTAL GROSS RECEIPTS** | | **$14,271.42** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Sara Falth | 4110-000 | $30,474.20 | NA | NA | NA |
| N/F | Wells Fargo | 4110-000 | $253,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$283,474.20** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 2100-000 | NA | $2,177.14 | $2,177.14 | $2,177.14 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $113.59 | $113.59 | $113.59 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $2,290.73 | $2,290.73 | $2,290.73 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $0.00 | $3,019.77 | $3,019.77 | $899.00 |
| 2 | Clerk of the US Bankruptcy Court - Aspire Resources Inc | 7100-001 | $0.00 | $26,062.99 | $26,062.99 | $7,759.06 |
| 3 | Capital One, N.A. | 7100-000 | $0.00 | $6,369.56 | $6,369.56 | $1,896.25 |
| 4 | Synchrony Bank | 7100-000 | $0.00 | $802.16 | $802.16 | $238.81 |
| 5 | Synchrony Bank | 7100-000 | $0.00 | $3,989.11 | $3,989.11 | $1,187.57 |
| N/F | Aspire Dept Of Education Ashford II Building | 7100-000 | $27,981.00 | NA | NA | NA |
| N/F | Aspire Dept Of Education Ashford II Building | 7100-000 | $27,981.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | $8,234.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | $8,234.00 | NA | NA | NA |
| N/F | Barclay's Bank Delaware | 7100-000 | $1,036.00 | NA | NA | NA |
| N/F | Barclay's Bank Delaware | 7100-000 | $1,036.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $6,293.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $6,293.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $12,829.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $6,395.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $6,395.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $12,829.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Citi American Express C/O United Collection Bureau | 7100-000 | $14,537.09 | NA | NA | NA |
| N/F | Citi American Express C/O United Collection Bureau | 7100-000 | $14,537.09 | NA | NA | NA |
| N/F | Citi Gold | 7100-000 | $4,802.00 | NA | NA | NA |
| N/F | Citi Gold | 7100-000 | $4,802.00 | NA | NA | NA |
| N/F | Citi Mastercard | 7100-000 | $16,000.00 | NA | NA | NA |
| N/F | Citi Mastercard | 7100-000 | $16,000.00 | NA | NA | NA |
| N/F | City Of Chicago Department Of Revenue | 7100-000 | $300.00 | NA | NA | NA |
| N/F | City Of Chicago Department Of Revenue | 7100-000 | $300.00 | NA | NA | NA |
| N/F | City Of Indianapolis/Marion County Traffic Court | 7100-000 | $226.44 | NA | NA | NA |
| N/F | City Of Indianapolis/Marion County Traffic Court | 7100-000 | $226.44 | NA | NA | NA |
| N/F | Dependon Collection Services | 7100-000 | $1,430.00 | NA | NA | NA |
| N/F | Discover | 7100-000 | $2,970.00 | NA | NA | NA |
| N/F | Discover | 7100-000 | $2,970.00 | NA | NA | NA |
| N/F | Elizabeth Diaz | 7100-000 | $3,600.00 | NA | NA | NA |
| N/F | Elizabeth Diaz | 7100-000 | $3,600.00 | NA | NA | NA |
| N/F | Jeff Freeman | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Jeff Freeman | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Loyola LUMC Patient Payments | 7100-000 | $100.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Loyola LUMC Patient Payments | 7100-000 | $100.00 | NA | NA | NA |
| N/F | North American Partners In Anesthesia | 7100-000 | $224.40 | NA | NA | NA |
| N/F | North American Partners In Anesthesia | 7100-000 | $224.40 | NA | NA | NA |
| N/F | PCC Community Wellness | 7100-000 | $456.86 | NA | NA | NA |
| N/F | PCC Community Wellness | 7100-000 | $456.86 | NA | NA | NA |
| N/F | Paypal | 7100-000 | $750.00 | NA | NA | NA |
| N/F | Paypal | 7100-000 | $750.00 | NA | NA | NA |
| N/F | Pediatric And Orthodontic Dental | 7100-000 | $37.00 | NA | NA | NA |
| N/F | Pediatric And Orthodontic Dental | 7100-000 | $37.00 | NA | NA | NA |
| N/F | Sara Falth | 7100-000 | $21,000.00 | NA | NA | NA |
| N/F | Sara Falth | 7100-000 | $21,000.00 | NA | NA | NA |
| N/F | Sarah Diaz | 7100-000 | $4,000.00 | NA | NA | NA |
| N/F | Sarah Diaz | 7100-000 | $4,000.00 | NA | NA | NA |
| N/F | Toys R Us C/O GE Capital | 7100-000 | $3,900.00 | NA | NA | NA |
| N/F | Toys R Us C/O GE Capital | 7100-000 | $3,900.00 | NA | NA | NA |
| N/F | UIC Medicine | 7100-000 | $445.28 | NA | NA | NA |
| N/F | Village Radiology | 7100-000 | $207.92 | NA | NA | NA |
| N/F | Village Radiology | 7100-000 | $207.92 | NA | NA | NA |
| N/F | West Suburban Medical Center | 7100-000 | NA | NA | NA | NA |
| N/F | West Suburban Medical Center | 7100-000 | $613.71 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | West Suburban Medical Center | 7100-000 | $613.71 | NA | NA | NA |
| N/F | West Suburban Medical Center | 7100-000 | NA | NA | NA | NA |
| N/F | West Suburban Medical Center | 7100-000 | NA | NA | NA | NA |
| N/F | West Suburban Medical Center | 7100-000 | $982.60 | NA | NA | NA |
| N/F | West Suburban Medical Center | 7100-000 | NA | NA | NA | NA |
| N/F | West Suburban Medical Center | 7100-000 | $982.60 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$286,827.32** | **$40,243.59** | **$40,243.59** | **$11,980.69** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 13-02479  
**Case Name:** FALTH, ANDREW R.  
DIAZ, NATASHA E.  
**For Period Ending:** 03/06/2017

**Trustee Name:** (330623) Michael Desmond  
**Date Filed (f) or Converted (c):** 01/22/2013 (f)  
**§ 341(a) Meeting Date:** 03/19/2013  
**Claims Bar Date:** 09/23/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7708 Monroe, (debtors in title to property, subj | 250,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3 | America's Express Money Market | 900.00 | 0.00 | | 0.00 | FA |
| 4 | Chase Bank Accounts, Checking in banks, savings | 900.00 | 0.00 | | 0.00 | FA |
| 5 | Premier Credit Union | 25.00 | 0.00 | | 0.00 | FA |
| 6 | Royal Bank of Caribbean (value listed is approxi | 4,000.00 | 0.00 | | 0.00 | FA |
| 7 | Usual Complement of Household Goods audio, video | 750.00 | 0.00 | | 0.00 | FA |
| 8 | Usual Complement of Men's Clothing | 450.00 | 0.00 | | 0.00 | FA |
| 9 | Complement of Women's Clothing | 450.00 | 0.00 | | 0.00 | FA |
| 10 | Diamond Ring | 500.00 | 500.00 | | 0.00 | FA |
| 11 | misc. jewelry | 50.00 | 50.00 | | 0.00 | FA |
| 12 | Genworth Financial, Life Insurance (term) insura | 0.00 | 0.00 | | 0.00 | FA |
| 13 | American Express IRA | 30,539.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 13-02479 | Trustee Name: | (330623) Michael Desmond |
|---|---|---|---|
| Case Name: | FALTH, ANDREW R. / DIAZ, NATASHA E. | Date Filed (f) or Converted (c): | 01/22/2013 (f) |
| | | § 341(a) Meeting Date: | 03/19/2013 |
| For Period Ending: | 03/06/2017 | Claims Bar Date: | 09/23/2014 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | American Express IRA Give particulars. | 14,607.00 | 0.00 | | 0.00 | FA |
| 15 | American Express Roth IRA | 46,293.00 | 0.00 | | 0.00 | FA |
| 16 | American Express Roth IRA Case 13-02479 Doc 1 De | 43,577.00 | 0.00 | | 0.00 | FA |
| 17 | rights to Spider Solitaire, income generated by | Unknown | 0.00 | | 14,271.42 | FA |
| 18 | 2005 Subaru Outback | 8,000.00 | 3,200.00 | | 0.00 | FA |
| 19 | 2010 Honda Odyssey, title to Sara Falth, debtors | 25,000.00 | 0.00 | | 0.00 | FA |
| **19** | **Assets      Totals**      (Excluding unknown values) | **$426,091.00** | **$3,750.00** | | **$14,271.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee reviewing claims and preparing final report.

| **Initial Projected Date Of Final Report (TFR):** | 06/30/2015 | **Current Projected Date Of Final Report (TFR):** | 09/23/2016 (Actual) |
|---|---|---|---|

03/06/2017

Date

/s/Michael Desmond

Michael Desmond

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-02479 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | FALTH, ANDREW R. DIAZ, NATASHA E. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4706 | Account #: | ******2166 Checking Account |
| For Period Ending: | 03/06/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/19/2014 | {17} | Law Offices of Thomas W. Drexler  Client Trust Account, 221 N. LaSalle St., Suite 1600 Chicago, IL 60601 | Proceeds from Sale | 1129-000 | 4,271.42 |  | 4,271.42 |
| 06/19/2014 | {17} | Bank of America  San Antonio, TX | Purchase of Rights to MOB CLIX- Cashiers ck remitted by Andrew Falth | 1129-000 | 10,000.00 |  | 14,271.42 |
| 06/30/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 14,261.42 |
| 07/31/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 22.56 | 14,238.86 |
| 08/29/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 19.79 | 14,219.07 |
| 09/30/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 21.81 | 14,197.26 |
| 10/31/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 21.09 | 14,176.17 |
| 11/28/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 18.34 | 14,157.83 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-02479 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | FALTH, ANDREW R. DIAZ, NATASHA E. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4706 | Account #: | ******2166 Checking Account |
| For Period Ending: | 03/06/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/28/2016 | 101 | Michael K. Desmond<br><br>10 South La Salle St. 3600<br>Chicago, IL 60603 | Distribution payment - Dividend paid at 100.00% of $2,177.14; Claim # FEE; Filed: $2,177.14 | 2100-000 | | 2,177.14 | 11,980.69 |
| 10/28/2016 | 102 | Discover Bank<br><br>DB Servicing Corporation, PO Box 3025<br>New Albany, OH 43054-3025 | Distribution payment - Dividend paid at 29.77% of $3,019.77; Claim # 1; Filed: $3,019.77 | 7100-000 | | 899.00 | 11,081.69 |
| 10/28/2016 | 103 | Aspire Resources Inc<br><br>on behalf of US Dept of Education, 6775 Vista Drive West Des Moines, IA 50266 | Distribution payment - Dividend paid at 29.77% of $26,062.99; Claim # 2; Filed: $26,062.99 Voided on 01/26/2017 | 7100-000 | | 7,759.06 | 3,322.63 |
| 10/28/2016 | 104 | Capital One, N.A.<br><br>by American InforSource LP as agent, PO Box 71083<br>Charlotte, NC 28272-1083 | Distribution payment - Dividend paid at 29.77% of $6,369.56; Claim # 3; Filed: $6,369.56 | 7100-000 | | 1,896.25 | 1,426.38 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-02479 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | FALTH, ANDREW R. DIAZ, NATASHA E. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4706 | Account #: | ******2166 Checking Account |
| For Period Ending: | 03/06/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/28/2016 | 105 | Synchrony Bank<br><br>c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Distribution payment - Dividend paid at 29.77% of $802.16; Claim # 4; Filed: $802.16 | 7100-000 | | 238.81 | 1,187.57 |
| 10/28/2016 | 106 | Synchrony Bank<br><br>c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Distribution payment - Dividend paid at 29.77% of $3,989.11; Claim # 5; Filed: $3,989.11 | 7100-000 | | 1,187.57 | 0.00 |
| 01/26/2017 | 103 | Aspire Resources Inc<br><br>on behalf of US Dept of Education, 6775 Vista Drive West Des Moines, IA 50266 | Distribution payment - Dividend paid at 29.77% of $26,062.99; Claim # 2; Filed: $26,062.99 Voided: check issued on 10/28/2016 | 7100-000 | | -7,759.06 | 7,759.06 |
| 01/26/2017 | 107 | Clerk of the US Bankruptcy Court<br><br>Eastern Division, 219 S. Dearborn St<br>Chicago, IL 60604 | Turnover of Unclaimed Funds - Distribution pymt Dividend paid at 29.77% of $26,062.99; Claim#2; Filed: $26,062.99 | 7100-001 | | 7,759.06 | 0.00 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-02479 | |
| **Case Name:** | FALTH, ANDREW R. DIAZ, NATASHA E. | |
| **Taxpayer ID #:** | **-***4706 | |
| **For Period Ending:** | 03/06/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Michael Desmond (330623) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******2166 Checking Account | |
| **Blanket Bond (per case limit):** | $5,000,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 14,271.42 | 14,271.42 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 14,271.42 | 14,271.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $14,271.42 | $14,271.42 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 13-02479 | **Trustee Name:** | Michael Desmond (330623) |
| **Case Name:** | FALTH, ANDREW R. DIAZ, NATASHA E. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4706 | **Account #:** | ******2166 Checking Account |
| **For Period Ending:** | 03/06/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2166 Checking Account | $14,271.42 | $14,271.42 | $0.00 |
| | **$14,271.42** | **$14,271.42** | **$0.00** |

| | |
|---|---|
| 03/06/2017 | /s/Michael Desmond |
| **Date** | **Michael Desmond** |

**UST Form 101-7-TDR (10 /1/2010)**